STATE OF NEW JERSEY v. JAMES DOUGLAS.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE FOX.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD PASZKOWSKI.

July 7, 1971. Petition for certification denied.

ALVIN DREUTH v. STEPHEN CZARNECKI, *ET AL.*, t/a GREAT BAY TAVERN, *ET AL.*

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH LEE JONES.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MIRKOVIC.

July 7, 1971. Petition for certification denied.